```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

   IN RE:                                         CASE NO. 06 B 00363
     CHARLES E KINDT
     JOYCE C KINDT                                CHAPTER 13

                                                  JUDGE: BRUCE W BLACK
             Debtor
      SSN XXX-XX-5133      SSN XXX-XX-1440


   ----------------------------------------------------------------------------
                         TRUSTEE'S FINAL REPORT AND ACCOUNT
   ----------------------------------------------------------------------------
       Glenn Stearns, Chapter 13 Standing Trustee, submits the following
   Final Report and Account of the administration of the estate pursuant to
   11 USC 1302(b)(1).

       1.  The case was filed on 01/16/06 and confirmed on 03/16/06.

       2.  The case was dismissed after confirmation, 01/18/2008.

       3.  The Debtor paid a total of $   32550.00 .

       4.  The Trustee made disbursements to creditors as follows:


   ----------------------------------------------------------------------------
   CREDITOR NAME             CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                PAID          PAID
   ----------------------------------------------------------------------------
   GMAC RESCAP LLC           CURRENT MORTG          .00          .00             .00
   GMAC RESCAP LLC           MORTGAGE ARRE     54945.93          .00        27576.88
   FORD MOTOR CREDIT CO      SECURED                .00          .00             .00
   INTERNAL REVENUE SERVICE  PRIORITY         10375.80          .00         1714.53
   ILLINOIS DEPT REVENUE     PRIORITY         NOT FILED          .00             .00
   AMERICAN GENERAL FINANCE  UNSECURED        NOT FILED          .00             .00
   CENTER FOR SURGERY        UNSECURED        NOT FILED          .00             .00
   DMHS MEDICAL              UNSECURED        NOT FILED          .00             .00
   ECMC                      UNSECURED         16247.62          .00             .00
   EDWARD HOSPITAL           UNSECURED        NOT FILED          .00             .00
   ILLINOIS DEPT REVENUE     UNSECURED          2876.44          .00             .00
   INTERNAL REVENUE SERVICE  UNSECURED         66091.26          .00             .00
   WEXLER & WEXLER           UNSECURED        NOT FILED          .00             .00
   RESURGENT CAPITAL SERVIC  UNSECURED        NOT FILED          .00             .00
   ST ALEXIUS MEDICAL CENTE  UNSECURED          1100.00          .00             .00
   NCM TRUST                 UNSECURED          1790.93          .00             .00
           Summary of disbursements:
   ----------------------------------------------------------------------------
                      SECURED       PRIORITY      UNSECURED       OTHER         TOTAL

   TOTAL CLMS ALLOWED  54945.93      10375.80      88106.25          .00      153427.98
   PRINCIPAL PAID      27576.88       1714.53           .00          .00       29291.41
   INTEREST PAID            .00           .00           .00          .00             .00
   TOTAL PAID          27576.88       1714.53           .00          .00       29291.41
   The Debtor's attorney, RICHARD S BASS                , was allowed $    2800.00
   and was paid $    750.00  direct and $   2050.00  through the plan.

   The Trustee received $    1208.59 .

   Refunds to the Debtor totaled $        .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 04/11/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE